IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFONZO RAY TURNER,  |  No. C 10-01108 CW (PR) |
| Plaintiff,  | ORDER OF DISMISSAL |
| v. | |
| MARTINEZ DETENTION CENTER, et al.,  | |
| Defendants.                      / | |

    This action was opened in error on March 15, 2010 when the Court received a civil rights complaint form from Plaintiff that was intended to be filed as the amended complaint in a previously-filed action -- Case No. C 10-0897 CW (PR).  Plaintiff has also filed a motion for leave to proceed <u>in forma pauperis</u> (IFP) in this action.

    In Case No. C 10-0897 CW (PR), Plaintiff filed a civil rights complaint form on March 2, 2010, but he did not file a motion for leave to proceed IFP.  Therefore, on the same day that action was filed, the Clerk of the Court sent a notice to Plaintiff, informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's IFP application.  The Clerk sent Plaintiff a blank IFP application and told him that he must pay the fee or return the completed application within thirty days or his action would be dismissed.

    Plaintiff completed and filed his IFP application; however, he did not indicate that it was to be filed in Case No. C 10-0897 CW (PR).  He also attached an amended complaint as well as a letter dated March 8, 2010 relating to his IFP application; however, again, he did not indicate that they were to be filed in Case No.

C 10-0897 CW (PR). Therefore, as mentioned above, it was opened as a new action.

On March 31, 2010, Plaintiff sent another letter to the Court indicating that he currently had two separate civil rights actions pending, although he meant to file only one action.

Accordingly, the Clerk is directed to remove Plaintiff's civil rights complaint form from this action (docket no. 1 ), to file it in his previously-filed action, Case No. C 10-0897 CW (PR), and to docket it as Plaintiff's "Amended Complaint." The Clerk is further directed to mark it as filed on March 15, 2010, the date it was received by the Court. The Clerk is also directed to remove the IFP application from this action (docket no. 6), to file it in his previously-filed action, Case No. C 10-0897 CW (PR), and to docket it as Plaintiff's "Motion for Leave to Proceed In Forma Pauperis." The Court will review Plaintiff's "Amended Complaint" and his IFP application in a separate written Order in Case No. C 10-0897 CW (PR).

The present action is DISMISSED because it was opened in error. No filing fee is due. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: 5/5/2010

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LAFONZO RAY TURNER,

        Plaintiff,

  v.

MARTINEZ COUNTY et al,

        Defendant.

Case Number: CV10-01108 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 5, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lafonzo R. Turner G-05794
A5-129
CA State Prison
Los Angeles County
4470 60th Street West
Lancaster, CA 93539-7620

Dated: May 5, 2010

                              Richard W. Wieking, Clerk
                              By: Nikki Riley, Deputy Clerk